UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-81076-CV-MIDDLEBROOKS/Brannon

RYAN SHINN, individually
and on behalf of all others similarly situated,

      Plaintiff,

v.

PENN CREDIT CORPORATION,

      Defendant.
_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court on Plaintiff's Notice of Voluntary Dismissal (with prejudice), filed August 21, 2018. (DE 4). Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, a plaintiff may voluntarily dismiss an action by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Defendant has served neither. Accordingly, it is

**ORDERED AND ADJUDGED** that this case is **DISMISSED WITH PREJUDICE.** The Clerk of Court shall **CLOSE THIS CASE.** All pending motions are **DENIED AS MOOT.**

**DONE AND ORDERED** in Chambers, at West Palm Beach, Florida, this 23 day of August, 2018.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

c:    Counsel of Record